**Juan RULLAN, Plaintiff–Appellant,**

v.

**NEW YORK CITY SANITATION DEPARTMENT, Defendant–Appellee.**

**No. 14–2127.**

United States Court of Appeals, Second Circuit.

June 18, 2015.

Pamela Seider Dolgow, Elizabeth S. Natrella, of counsel, for Zachary W. Carter, Corporation Counsel of the City of New York, New York, NY, for Defendant–Appellee.

PRESENT: GUIDO CALABRESI, DEBRA ANN LIVINGSTON, Circuit Judges, WILLIAM K. SESSIONS, III,* District Judge.

### SUMMARY ORDER

Appellant Juan Rullan, proceeding *pro se,* appeals the district court's judgment dismissing his claims of employment discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.,* and the Americans with Disabilities Act, 42 U.S.C. § 12102, *et seq.* ("ADA"), and failure to accommodate under the ADA as barred by the principles of res judicata and collateral estoppel and as insufficient to state a claim for relief under Fed.R.Civ.P. 12(b)(6). We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review *de novo* a district court's application of res judicata and collateral estoppel principles, *Computer Assocs. Int'l, Inc. v. Altai, Inc.,* 126 F.3d 365, 368 (2d Cir.1997), and its dismissal for failure to state a claim, *Lucas v. United States,* 775 F.3d 544, 547 (2d Cir.2015) (per curiam). As an initial matter, because Rullan does not challenge on appeal any of the grounds on which the district court dismissed his complaint, those claims are abandoned. *See LoSacco v. City of Mid-*

---

* Judge William K. Sessions, III, of the United States District Court of Vermont, sitting by designation.

*dletown,* 71 F.3d 88, 92–93 (2d Cir.1995) (holding, in the context of a *pro se* appeal, that issues not raised in an appellate brief are abandoned). Even if Rullan had preserved any issues for appeal, however, an independent review of the record and relevant case law reveals that the district court properly dismissed his claims.

We have considered all of Rullan's arguments and find them to be without merit. Accordingly, we **AFFIRM** the judgment of the district court.